BURRIS B. FAIBEN, PLAINTIFF-PETITIONER, v. SUN OUTDOOR PRODUCTS CO., INC., DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Kiefer, Bollermann & Durkin,* for the petitioner.

*Messrs. Morrison, Lloyd & Griggs,* for the respondents.

May 17, 1966. Denied.

HAROLD MOGELEFSKY, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. IRA SCHOEM, *ETC.*, *ET ALS.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 90 *N. J. Super.* 49.

*Mr. Sam Monchak,* for the petitioners.

*Messrs. Schiff, Cummis & Kent; Mr. Michael B. Tischman; Mr. Arthur J. Sills; Mr. Richard Newman* and *Mr. Peter J. Schwartz,* for the respondents.
May 17, 1966. Granted.

UNICO, PLAINTIFF-PETITIONER, v.
JAMES F. OWEN, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Weltchek & Weltchek,* and *Mr. Ernest Prupis,* for the petitioner.

*Messrs. Kaplowitz & Wise,* for the respondent.

May 17, 1966. Granted.